# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Tammy Lee Vaughn, | Case No. 14-41159-PWB |
| Debtor. | |
| Wells Fargo Bank, N.A., its successors or asssigns, | Judge PAUL W. BONAPFEL |
| Movant, | |
| V. | |
| Tammy Lee Vaughn, Debtor, | |
| Respondents. | |

## OBJECTION TO CONFIRMATION

COMES NOW the Movant, Wells Fargo Bank, N.A., its successors or asssigns, by and through its attorneys, Shapiro, Swertfeger & Hasty, LLP, and objects to the Confirmation of Debtor's Chapter 13 Plan on the following grounds:

1.

This Objection will be heard at confirmation which is scheduled for July 30, 2014, at 9:30 A.M., United States Bankruptcy Courthouse, Courtroom 342, Federal Bldg., 600 East First Street, ROME, Georgia.

2.

As collateral for a Note, Respondent has executed a Deed to Secure Debt conveying to Movant certain improved real property located at 38 Harbor Lane, White, GA 30184.

3.

Movant is a secured creditor, with a Proof of Claim to be filed with an unpaid principal balance of approximately $107,474.93 and Movant anticipates a pre-petition arrearage amount of approximately $3,699.84, which represents three (3) months of non-payment, late charge and an escrow shortage.

4.

Debtor's Plan provides for a monthly payment to Movant of only $50.00 beginning on April 1, 2015 which is insufficient to cure the pre-petition arrearage within sixty months. At this rate, payments on the pre-petition arrearage will extend over a period of at least 85 months.

5.

Movant asserts it does not have adequate protection.

6.

Creditor objects to the confirmation of the Chapter 13 plan on the grounds that the plan does not comply with the provisions of Chapter 13 of the Bankruptcy Code including the requirements of 11 U.S.C. § 1325 and 11 U.S.C.§ 1322. Debtor fails to properly treat the claim of creditor. The plan has not been composed in good faith and Movant is not receiving the same or equivalent benefit it would receive under a Chapter 7 liquidation.

WHEREFORE, Movant respectfully requests that this Objection to Confirmation be reviewed, that Debtor's plan be denied confirmation, and this Court grant such other relief as it deems proper.

                Shapiro, Swertfeger & Hasty, LLP

                /s/
                Philip Barnes
                Georgia Bar No. 081107
                phbarnes@logs.com
                2872 Woodcock Blvd.
                Suite 100
                Atlanta, GA 30341-3941
                (770) 220-2535

Case 14-41159-pwb   Doc 24   Filed 05/29/14   Entered 05/29/14 12:16:01   Desc Main
Document      Page 3 of 5

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Tammy Lee Vaughn, | Case No. 14-41159-PWB |
| Debtor. | |
| Wells Fargo Bank, N.A., its successors or asssigns, | Judge PAUL W. BONAPFEL |
| Movant, | |
| V. | |
| Tammy Lee Vaughn, Debtor, | |
| Respondents. | |

## CERTIFICATE OF SERVICE

This is to certify that on the ____29th____ day of May, 2014, I served a copy of the within Objection to Confirmation filed in this bankruptcy proceeding, on the Respondent by first-class mail addressed as follows:

> Tammy Lee Vaughn
> 38 Harbor Ln
> White, GA 30184
>
> Jennifer K. McKay
> Salter & Salter, P.C.
> PO Box 609
> Rome, GA 30162

Mary Ida Townson
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303

        Shapiro, Swertfeger & Hasty, LLP


        _____/s/_____
        Philip Barnes
        Georgia Bar No. 081107
        phbarnes@logs.com
        2872 Woodcock Blvd.
        Suite 100
        Atlanta, GA 30341-3941
        (770) 220-2535