# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Tammy Lee Vaughn, | Case No. 14-41159-PWB |
|             Debtor. | |
| Wells Fargo Bank, N.A., its successors or assigns, | |
|             Movant, | Contested Matter |
| V. | |
| Tammy Lee Vaughn also known as Tammy Lee Watkins, Debtor, and Mary Ida Townson, Chapter 13 Trustee, | |
|            Respondents. | |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION

COMES NOW, Wells Fargo Bank, N.A., its successors or assigns, Movant, by and through its attorneys, Shapiro, Swertfeger & Hasty, LLP, and withdraws, without prejudice, its Objection to Confirmation, Docket #24, filed herein on May 29, 2014.

                              SHAPIRO, SWERTFEGER & HASTY, LLP

                              /s/
                              Taylor Mansell, Georgia Bar #940461

2872 Woodcock Boulevard
Suite 100
Atlanta, GA 30341
(770) 220-2535

## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| In Re:<br><br>Tammy Lee Vaughn,<br><br>          Debtor. | Chapter 13<br><br>Case No. 14-41159-PWB |
| Wells Fargo Bank, N.A., its successors or assigns,<br><br>          Movant,<br><br>V.<br><br>Tammy Lee Vaughn also known as Tammy Lee Watkins, Debtor, and Mary Ida Townson, Chapter 13 Trustee,<br><br>          Respondents. | Contested Matter |

### CERTIFICATE OF SERVICE

On the 25th day of September, 2014, a copy of the foregoing Withdrawal of Objection to Confirmation filed in this bankruptcy proceeding, on the Respondents by first-class mail addressed as follows:

>Tammy Lee Vaughn
>38 Harbor Ln
>White, GA 30184
>
>Jennifer K. McKay
>Salter & Salter, P.C.
>PO Box 609
>Rome, GA 30162
>
>Mary Ida Townson
>191 Peachtree Street, NE
>Suite 2200
>Atlanta, GA 30303

/s/
Taylor Mansell, Georgia Bar #940461

SHAPIRO, SWERTFEGER & HASTY, LLP
2872 Woodcock Boulevard
Suite 100
Atlanta, GA 30341
(770) 220-2535