# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-41159-PWB |
| | ) | |
| TAMMY LEE VAUGHN, | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION

COMES NOW, ASSOCIATED CREDIT UNION, by and through its attorneys of record, and hereby files this Withdrawal of Objection to Confirmation filed on June 10, 2014 (Docket No. 29).

Respectfully submitted this 30th day of September, 2014.

/s/David C. Whitridge
**DAVID C. WHITRIDGE**
Georgia State Bar No. 754793

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111
E-mail: dwhitridge@tokn.com
Attorneys for Associated Credit Union

___

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Withdrawal of Objection to Confirmation upon the Debtor, Tammy Lee Vaughn, 38 Harbor Ln, White, Georgia 30184; the Debtor's Attorney, Jennifer K. McKay, Salter & Salter, P.C., P.O. Box 609, Rome, Georgia 30162; and the Chapter 13 Trustee, Mary Ida Townson, 191 Peachtree Street, NE, Suite 2200, Atlanta, Georgia 30303-1740 by CM/ECF Notification and by depositing a copy of same into the United States mail with the correct amount of postage to be delivered by first class, regular mail. This 30th day of September, 2014.

/s/David C. Whitridge
Georgia State Bar No. 754793
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111
E-mail: dwhitridge@tokn.com
Attorneys for Associated Credit Union